UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JUAN X. HIGH, | ) | |
| | ) | 2:11-cv-01774-GMN-VCF |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This is an action initiated by Juan X. High, a state prisoner, who has submitted an application to proceed *in forma pauperis* (ECF No.1), but no complaint or petition was filed. Because there was no initial pleading or petition filed with the application as required by Fed. R. Civ. P. 3, the application will be denied as moot and this action will be closed.

**IT IS SO ORDERED**.

DATED this 14th day of November, 2011.

_____
Gloria M. Navarro
United States District Judge